UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 14-3-ART-EBA-(4) |
| ) | |
| v. ) | |
| ) | **ORDER** |
| JONATHAN JOHNSON, ) | |
| ) | |
| Defendant. ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on defendant Jonathan Johnson's two alleged violations of the terms of his supervised release. Johnson admitted to the charged violations. R. 135 at 1. Pursuant to the Court's referral order, R. 128, Magistrate Judge Edward Atkins filed a Report and Recommendation ("R&R") that Johnson be sentenced to time served, completion of in-patient treatment at WestCare center, and a continuation his current term of supervision following his in-patient treatment. R. 135 at 1–2. The defendant did not object to the R&R. Accordingly, it is **ORDERED** that the R&R, R. 135, is **ADOPTED** as the opinion of the Court. The Court will issue a separate judgment.

This the 8th day of June, 2016.



Signed By:
Amul R. Thapar  AT
United States District Judge